### THEODORE DAME *vs.* ARNOLD FALES.

Where a sheriff attached property, by virtue of a writ, by mistake made returnable at a term of the court which was past when the attachment was made, it was held that the attachment was void.

TROVER, for a horse. The cause was tried here, at November term, 1823, upon the general issue. The only question made at the trial, was, whether the horse was legally attached by the defendant, on the 28th December, 1822 ; the defendant being then a deputy sheriff. The defendant produced a writ, sued out by *Alanson Morey*, against *Solomon White*, bearing teste the 28th February, 1822, and returnable at the next May term ; and then offered to prove, that the said writ was in fact sued out on the 28th December, 1822, and was intended to be made returnable at May term, 1823 ; but the word " February " had been inserted by mistake, instead of " December," and that he took the horse by virtue of the said writ. The court rejected the evidence, and a verdict was returned for the plaintiff. The defendant moved for a new trial, on the ground, that the evidence rejected ought by law to have been admitted.

*Wilcox*, for the plaintiff.

*Phelps*, for the defendant.

*By the court.*—It is extremely clear, that the testimony, which was rejected in this case, was altogether inadmissible. For although the writ might in fact have been sued out on the 28th December, 1822, and might have been intended to

have been made returnable at May term, 1823; yet it was in fact made returnable at May term, 1822; and nothing could be done by virtue of it, in December, 1822. 3 *Wilson* 341, *Parsons vs. Loyd.*—2 *W. Bl.* 845, *S. C.*—2 *John.* 190, *Bunn vs. Thomas.*—4 *John.* 309, *Burk vs. Barnard.*—5 *Mass. Rep.* 100, *Bullard vs. Nantucket Bank.*—2 *L. Raymond* 772, *Green vs. Rivet.*—1 *Strange* 399, *Mills vs. Bond.*

*Judgment on the verdict.*